FILED 08 MAR 24 15:26 USDC-LAE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**SUPERSEDING BILL OF INFORMATION FOR
VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 07-423 |
| v. | * | SECTION: R |
| AMANDA LABOURDETTE<br>ROBERT LABOURDETTE, JR. | * | VIOLATION: 21 U.S.C. 841(a)<br>21 U.S.C. 846 |

\* \* \*

The United States Attorney charges that:

**COUNT 1**

Beginning at a time unknown but prior to November 2006 and continuing until on or about November 30, 2007, in the Eastern District of Louisiana, and elsewhere, the defendants, **AMANDA LABOURDETTE and ROBERT LABOURDETTE, JR.,** did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown, to manufacture a quantity of methamphetamine, a Schedule II narcotic drug controlled substance,

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C); all in violation of Title 21, United States Code, Section 846.

                                                                               */s/*

JIM LETTEN, No. 20513
UNITED STATES ATTORNEY

*/s/*

JAN MASELLI MANN, No. 9020
Assistant United States Attorney
Chief, Criminal Division

*/s/*

SIVASHREE SUNDARAM
IL No. 6287508
Assistant United States Attorney


New Orleans, Louisiana
March 24th, 2008

No. 07-423"R"

# United States District Court

### FOR THE

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

AMANDA LABOURDETTE
ROBERT LABOURDETTE, JR.

SUPERSEDING BILL OF INFORMATION FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT

Violation(s): 21 U.S.C. § 841(a)
21 U.S.C. § 846

Filed _____, 20 08

_____, Clerk.

By _____, Deputy

*SIVASHREE SUNDARAM*
*Assistant United States Attorney*