O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA
V.
ROBERT LABOURDETTE, JR.

WAIVER OF INDICTMENT

CASE NUMBER: 07-423 "R"

*FILED 2008 SEP 23 PM 12: 04 LORETTA G. WHYTE CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF LA*

I, ROBERT LABOURDETTE, JR., the above named defendant, who is accused of

Violation of the Federal Controlled Substances Act; all in violation of Title 21, United States Code, Sections, 846 and 841(a)(1)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __9/23/08__ prosecution by indictment and consent that the pro-
Date
ceeding may be by information rather than by indictment.

Defendant ROBERT LABOURDETTE

Counsel for Defendant OSCAR ARAUJO

Before _Sarah Vance_
Judicial Officer

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____