**MINUTE ENTRY**
**VANCE, J.**
**DECEMBER 10, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL** |
| **VERSUS** | **NO. 07-423** |
| **ROBERT AND AMANDA LABOURDETTE** | **SECTION "R"** |

### SENTENCING

**COURTROOM DEPUTY:** JAY SUSSLIN
**COURT REPORTER/RECORDER:** JODI SIMCOX

**APPEARANCES:**   MAURICE LANDRIEU, FOR THE GOVERNMENT
OSCAR ARAUJO, FOR DEFENDANTS
ROBERT LABOURDETTE, DEFENDANT
AMANDA LABOURDETTE, DEFENDANT
U.S. PROBATION
U.S. MARSHALS

Court begins.
All present and ready.
Counsel appear for the record.
Defendants sentenced as to Count 1 of the Superseding Bill of Information.
See Judgment and Commitment orders.
Government's oral motion to dismiss underlying counts, GRANTED.
Defendants REMANDED.
Court adjourned.

JS-10: 00:12